UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. SARRACCO,<br><br>                Plaintiff,<br><br>- against -<br><br>OCWEN LOAN SERVICING, LLC, *et al.*,<br><br>                Defendant. | Case No.  16-cv-00221-JFB-GRB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel, Constantine P. Economides, hereby withdraws his appearance as counsel for Defendants Ocwen Loan Servicing, LLC and OneWest Bank FSB ("Defendants") in the above-captioned action. The remaining attorneys of record from the law firm of Greenberg Traurig, LLP shall continue to serve as counsel for Defendants in this action.

                                                   Respectfully submitted,

                                                   **GREENBERG TRAURIG, P.A.**
                                                   777 South Flagler Drive, Suite 300E
                                                   West Palm Beach, FL 33401
                                                   Tel.: (561) 650-7900

                                                   By: *s/ Constantine Economides*
                                                        Constantine Economides
                                                        economidesc@gtlaw.com

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will in turn send a notice of electronic filing to all parties of record in this matter.

By: *s/ Constantine Economides*