**DAY PITNEY LLP**
Elizabeth J. Sher, Esq.
Christina Parlapiano, Esq.
Sarah Sakson Langstedt, Esq.
One Jefferson Road
Parsippany, NJ  07054
T: (973) 966-6300
esher@daypitney.com
cparlapiano@daypitney.com
slangstedt@daypitney.com
Attorneys for Defendants
Caliber Home Loans, Inc.
and LSF9 Master Participation Trust

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. SARRACCO, | HON. ESTHER SALAS, U.S.D.J. |
| | Civil Action No. 2:16-cv-09131-ES-JAD |
| PLAINTIFF, | |
| | **ORDER GRANTING DEFENDANTS CALIBER HOME LOANS, INC. AND LSF9 MASTER PARTICIPATION TRUST'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT ~~WITH~~ PREJUDICE** WITHOUT |
| V. | |
| OCWEN LOAN SERVICING, LLC; CALIBER HOME LOANS, INC; PHELAN HALLINAN DIAMOND & JONES PC; ONEWEST BANK FSB; LSF9 MASTER PARTICIPATION TRUST, | |
| | (Document Electronically Filed) |
| DEFENDANT. | |

THIS MATTER having been opened to the Court by Day Pitney LLP, attorneys for

defendants Caliber Home Loans, Inc. and LSF9 Master Participation Trust ("Defendants"), for an

Order dismissing Plaintiff's Amended Complaint ~~with prejudice~~; and the Court having considered

the papers filed in support ~~and any opposition filed thereto; and the Court having heard oral~~ and Plaintiff having not opposed the motion, ~~argument;~~ and good cause having been shown;

IT IS ON THIS _6th_ DAY OF _April_ 2017,

ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint ~~with prejudice~~ is hereby GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants in the Amended Complaint are hereby dismissed ~~with~~ without prejudice in their entirety; and

IT IS FURTHER ORDERED that a true copy of this Order shall be served upon all parties within 5 days of the date hereof.

_____
HON. ESTHER SALAS, U.S.D.J.