**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

April 6, 2017

## LETTER ORDER

Re:   *Sarracco v. Ocwen Loan Servicing LLC, et al.*
      **Civil Action No. 16-9131 (ES) (JAD)**

Dear Counsel:

On February 10, 2017, Defendant Phelan Hallinan Diamond & Jones, PC ("PHD&J") filed a motion to dismiss Plaintiff's Complaint. (D.E. No. 57). On February 23, 2017, PHD&J was dismissed as a defendant in this matter. (D.E. No. 59). In light of its dismissal, PHD&J's motion to dismiss Plaintiff's Complaint is hereby denied as moot.

The Clerk of Court shall terminate docket entry number 57 and mark this matter CLOSED.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**